

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID RODRIGUEZ, | § | No. 08-16-00112-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D01101) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the letter brief until **December 3, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE LETTER APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco F. Macias, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before December 3, 2016.

IT IS SO ORDERED this 4th day of November, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.